JAMES O'DONNELL, Appellant, v BUFFALO-DS ASSOCIATES, LLC, et al., Respondents.

Submitted March 29, 2010; decided May 11, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JASON D. LIGGINS, Respondent.

Submitted April 5, 2010; decided May 11, 2010

Motion for substitution of assigned counsel granted and Robert H. Kirchner, Esq., care of Bond Schoeneck & King, PLLC, One Lincoln Center, Syracuse, New York 13202 is assigned in the place and stead of Richard P. Ferris, Esq., as counsel to the respondent on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL CHAVIS, Appellant, v NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, Respondent.

Decided May 11, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.